## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID M. BAKER,

      Plaintiff,

        v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY (U.S. SECRET
SERVICE),

      Defendant.

CIVIL ACTION NO. 3:11-CV-588

(JUDGE CAPUTO)

## ORDER

**NOW**, this _19th_ of April, 2012, in light of the parties' agreement to have Plaintiff David M. Baker review the Defendant's submitted *Vaughn* index (Doc. 27), **IT IS HEREBY ORDERED** that Plaintiff David M. Baker shall have twenty-one (21) days from the date of this Order to file any further motions or objections with the Court.  If Plaintiff fails to do so the action will be dismissed.

A. Richard Caputo
United States District Judge