**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DAVID M. BAKER,

    Plaintiff,

        v.

UNITED STATES DEPARTMENT OF

HOMELAND SECURITY (U.S. SECRET

SERVICE),

    Defendant.

CIVIL ACTION NO. 3:11-CV-588

(JUDGE CAPUTO)

<u>**ORDER**</u>

    **NOW**, this 19th day of November, 2012, **IT IS HEREBY ORDERED** that Plaintiff David M. Baker's Motion for Attorney's Fees Pursuant to 5 U.S.C. § 552(a)(4)(E) (Doc. 30) is **GRANTED**.  Attorney Schermerhorn is awarded attorney's fees in the sum of **$9,383.75**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge